448 A.2d 637

**M. STAHL, Appellee,**

v.

**Harold H. GOLDMAN, Appellant.**

Superior Court of Pennsylvania.

Argued Jan. 12, 1982.

Filed July 23, 1982.

---

Mark L. Unatin, Pittsburgh, for appellant.

Harvey Robins, Pittsburgh, for appellee.

Before HESTER, BECK and VAN der VOORT, JJ.

PER CURIAM:

Appellee filed suit in assumpsit against appellant seeking to recover on an alleged oral guaranty. The court below found appellant liable in the amount of $5,000.00. Thereafter appellant filed a notice of appeal. The trial court directed appellant to file a statement of matters complained of on appeal. After such statement was filed the court issued its opinion.

Pennsylvania Rules of Civil Procedure, Rule 1038(d) requires that exceptions to a court's decision be filed within ten days of the decision. Matters not covered by exceptions are deemed waived. Here appellant has failed to file exceptions, therefore we must quash the appeal. *Van Ameringen v. Arcadia Company, Inc.*, 299 Pa.Superior Ct. 444, 445 A.2d 837 (1982); *Matczak v. Matczak*, 275 Pa.Superior Ct. 164, 418 A.2d 663 (1980).

Appeal quashed with prejudice.